**Luis Alexander de Leon DE LEON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76681.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 19, 2007.

Jorge Rodriquez–Choi, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anna S. Peckham, Great Falls, MT, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Luis Alexander De Leon De Leon, a native and citizen of Guatemala, petitions for review of a decision of the Board of Immigration Appeals summarily affirming the Immigration Judge's ("IJ") denial of his application for asylum. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the IJ's

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

opinion, *Lata v. INS*, 204 F.3d 1241, 1244 (9th Cir.2000), and we deny the petition for review.

Substantial evidence supports the IJ's finding that De Leon's fear of harm is too speculative to form a basis for asylum, because guerillas stopped visiting his parents at the time the 1996 peace accords were signed between the guerillas and the government. *See Nagoulko v. INS*, 333 F.3d 1012, 1018 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**